Thomas B. Quinn, 5-2630
GORDON & REES LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Phone:     303.534-5160
Facsimile: 303.534-5161
E-mail:    tquinn@gordonrees.com

R. E. Chips Portales
PORTALES & ASSOCIATES PC
Pecos Justice Center
7599 Pecos Street
Denver, CO 80221
Phone:  303.426-1234
Fax:    303.426-9463
Email: cportalesesq@earthlink.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| DANA L. CARDINAL, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 15-CV-55-S |
| KINDRED HEALTHCARE, INC., a Delaware Corporation, ) | |
| KINDRED NURSING CENTERS WEST, L.L.C. a Delaware ) | |
| Company, doing business as KINDRED TRANSITIONAL ) | |
| CARE AND REHABILITATION-CHEYENNE, KINDRED ) | |
| REHAB SERVICES, INC., a Delaware Corporation, ) | |
| KINDRED HEALTHCARE OPERATING INC., a Delaware ) | |
| Corporation ) | |
| ) | |
| Defendants. ) | |

**SATISFACTION OF ARBITRATION AWARD AND
STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Full satisfaction is hereby acknowledged of a certain judgment entered in the United States District Court for the District of Wyoming, in the above-entitled action, on the 28th day of April, 2017, in favor of the Plaintiffs, in DANA L. CARDINAL, Plaintiff, and KINDRED

1

NURSING CENTERS WEST, LLC, a foreign limited liability company, KINDRED REHABILITATION SERVICES, INC., a foreign corporation, KINDRED HEALTHCARE, INC., a foreign corporation, and KINDRED HEALTHCARE OPERATING, INC., for costs in the amount of Sixty Three Thousand Dollars ($63,000.00) and recorded in the Records of said Court, and I hereby authorize and direct the Clerk of said Court to enter a record satisfaction of said arbitration award. Further, the parties agree to dismiss this matter with prejudice, each party to bear its own fees and costs.

Respectfully submitted this _September_ day of _19th_, 2017.

_____  
R. E. Chips Portales  
PORTALES & ASSOCIATES PC  
Pecos Justice Center  
7599 Pecos Street  
Denver, CO 80221  
(303) 426-1234  
*Attorney for Plaintiff*

_____  
Thomas B. Quinn, 5-2630  
GORDON & REES LLP  
555 Seventeenth Street, Suite 3400  
Denver, CO 80202  
(303) 534-5160  
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

N. Joshua Dart, Esq.
Dart Law Firm, P.C.
Guaranty Bank Building
1401 South Taft Avenue, Suite 203
Loveland, Colorado  80537
Tel: (970) 818-2818
nj@dartfirm.com

R E Chips Portales
PORTALES & ASSOCIATES PC
Pecos Justice Center
7599 Pecos Street
Denver, CO 80221
Tel: (303) 426-1234
cportalesesq@earthlink.net

_____
For Gordon & Rees LLP