UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 SEP 20  PM 2:26

STEPHAN HARRIS, CLERK
CASPER

DANA L. CARDINAL, an individual,

    Plaintiff,

vs.

KINDRED HEALTHCARE, INC., a Delaware Corporation, KINDRED NURSING CENTERS WEST, L.L.C. a Delaware Company, doing business as KINDRED TRANSITIONAL CARE AND REHABILITATION-CHEYENNE, KINDRED REHAB SERVICES, INC., a Delaware Corporation, KINDRED HEALTHCARE OPERATING, INC., a Delaware Corporation,

    Defendants.

Case No. 15-CV-55-SWS

## ORDER OF STIPULATED DISMISSAL

This matter comes before the Court on Defendants Kindred Nursing Centers West, LLC, Kindred Healthcare, Inc. and Kindred Healthcare Operating, Inc.'s *Satisfaction of Arbitration Award and Stipulated Motion to Dismiss with Prejudice* (Doc. 36). Upon the parties' stipulation,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice with each party to bear its own fees and costs.

DATED this 20TH day of September, 2017.

Scott W. Skavdahl
United States District Judge